■ The People of the State of New York ex rel. Reginald Sears, Appellant, v. Robert E. Murphy, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied.